# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2021

162110

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

EDWARD RICKS,
       Defendant-Appellant.

SC: 162110
COA: 353810
Wayne CC: 07-013326-FC

_____/

      On order of the Court, the application for leave to appeal the August 31, 2020 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2021



Clerk

p0421